IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

In the Matter of the Tax            )
Indebtedness of                     )   Case No. 14-mc-0210
DONALD G. STEARNS, JR. and          )
JENNIFER L. STEARNS,                )

NOTICE AND ORDER TO SHOW CAUSE

You, Donald G. Stearns, Jr., and Jennifer L. Stearns, are hereby notified that the United States has petitioned this Court for an Order allowing the Internal Revenue Service to LEVY upon the real property located at 7916 Halsey Street, Lenexa, Kansas 66215 ("the Property") in order to sell your interest to satisfy part or all of your unpaid federal income tax liabilities, plus interest and penalties according to law, for the tax periods listed in the chart below.

| Tax Year | (Initial) Assessment Dates | Unpaid Amount of Liability, Penalties, and Interest Due (as of 2/7/2014) |
|---|---|---|
| 2003 | 3/12/2007 | $13,642.94 |
| 2004 | 11/26/2007 | $16,723.35 |
| 2005 | 4/13/2009 | $30,501.01 |
| 2006 | 4/13/2009 | $15,878.62 |
| 2007 | 12/1/2008 | $5,956.31 |
| 2008 | 11/23/2009 | $15,929.75 |
| 2009 | 11/15/2010 | $14,681.41 |
| 2010 | 6/11/2012 | $13,906.24 |
| 2011 | 6/4/2012 | $13,303.07 |
| **Total** | | $140,522.70 |

As of February 7, 2014, your total unpaid balance for the 2003-2011 tax years, plus statutory interest and minus credits applied, is $140,522.70.

This Court has examined the Petition of the United States (Dkt No. 2) and accompanying Declaration (Dkt No. 3), and it is hereby ORDERED that you have 30 days from the date you are served with this Order to file with the Clerk of the Court a written **OBJECTION TO PETITION.**

Any written **OBJECTION TO PETITION** should demonstrate either that:

A.  your liabilities have been satisfied; OR

B.  you have other assets from which the unpaid tax liabilities can be satisfied; OR

C.  applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service

It is FURTHER ORDERED that if you file a written **OBJECTION TO PETITION** with the Clerk of Court, the Court will hold a hearing to determine the facts of this case.  The hearing will be scheduled upon the filing of your **OBJECTION TO PETITION**, if one is filed.

It is FURTHER ORDERED that, in addition to filing your **OBJECTION TO PETITION** with the Clerk of the Court, you must also mail a copy of your **OBJECTION TO PETITION** to the attorney for the United States, Olivia R. Hussey Scott, U.S. Department of Justice, Tax Division, P.O. Box 7238, Ben Franklin Station, Washington DC 20044, on or before the filing date.

11090024.1

**If you do not file an OBJECTION TO PETITION within 30 days of the date you are served with this Order, or if you file an OBJECTION TO PETITION but fail to appear before the Court for the hearing, once scheduled, the Court will enter an ORDER APPROVING AN INTERNAL REVENUE SERVICE LEVY ON THE REAL PROPERTY LOCATED AT 7916 Halsey Street, Lenexa, Kansas 66215.**

It is FURTHER ORDERED that a copy of this NOTICE AND ORDER TO SHOW CAUSE, together with the Petition and Declaration, shall be promptly served upon Donald G. Stearns, Jr., and Jennifer L. Stearns, by any manner of service described in Rule 4(e) of the Federal Rules of Civil Procedure. Any IRS employee is authorized to serve this Order, along with the petition and declaration, on the taxpayers.

So ordered this 7th day of March, 2014.

S/ Karen M. Humphreys
UNITED STATES MAGISTRATE JUDGE

11090024.1